### Gagliardi *v.* Bleman, Appellant.

Argued September 15, 1964. *Pershing N. Calabro,* for appellant; *G. Wayne Renneisen,* with him *Liebert, Harvey, Herting and Short,* for appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the order of the court below is affirmed.

### Godfrey Unemployment Compensation Case.

Argued September 15, 1964. *Thelma Godfrey,* appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.